RECEIVED

FEB 2 8 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRENDA BROWN, ET AL. | *CIVIL ACTION NO. 6:13cv02436 |
| VERSUS | *JUDGE DOHERTY |
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, ET AL. | *MAGISTRATE JUDGE HILL |

## PARTIAL JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the attempted service on Officer Brasseaux directed by mail to the "Police Department of Lafayette" which was accepted by the signature of Sergeant K. Bayard is **quashed**, and the Motion to Dismiss [rec. doc. 17] is **DENIED** at this time **Without Prejudice. IT IS ORDERED** that plaintiffs are granted sixty days from this date to properly serve Officer Brasseaux.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 28 day of February, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE