RECEIVED

MAR 1 1 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRENDA BROWN, ET AL. | *CIVIL NO. 6:13-2436 |
| VERSUS | *JUDGE DOHERTY |
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, ET AL. | * MAGISTRATE JUDGE HILL |

## PARTIAL JUDGMENT

For the reasons stated in the Reports and Recommendations of the Magistrate Judge previously filed herein [Doc. Nos. 22, 46, 48], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Reports and Recommendations [Doc. Nos. 26, 49];

**IT IS ORDERED** that the Motions to Strike [Doc. Nos. 15, 29, 40] are **DENIED**, without prejudice to defendants' right to re-urge the motions pursuant to the appropriate procedural vehicle.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 11 day of March, 2013. 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE