RECEIVED
APR 29 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRENDA BROWN, ET AL.** | *CIVIL NO. 6:13-2436 |
| **VERSUS** | *JUDGE DOHERTY |
| **LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, ET AL.** | * MAGISTRATE JUDGE HILL |

## PARTIAL JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the defendants' Motion to Dismiss [rec. doc. 39] be **GRANTED** and accordingly, the Lafayette Police Department be **DISMISSED WITH PREJUDICE** from this lawsuit, reserving plaintiffs' right to amend their pleadings to name the City of Lafayette, if necessary, as the proper party defendant.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 29 day of April, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE